E-FILED
Thursday, 12 October, 2006  04:17:04 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

_____

| | | |
|---|---|---|
| **BLOOMINGTON PARTNERS, LLC, a** | ) | |
| **limited liability company, BARRY KEMP,** | ) | |
| **RICHARD ADAMS, and DAVID LeFEVRE,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No. 04-CV-2287** |
| | ) | |
| **CITY OF BLOOMINGTON, an Illinois** | ) | |
| **municipal corporation; JOHN BUTLER;** | ) | |
| **individually and d/b/a BUTLER COMPANY,** | ) | |
| **LLC; JB BUTLER COMPANY, LLC;** | ) | |
| **MICHAEL NELSON; MNELSON** | ) | |
| **COMPANY, LLC; CENTRAL ILLINOIS** | ) | |
| **ARENA MANAGEMENT, INC.; BNAM,** | ) | |
| **LLC; LARRY HUNDMAN; and THOMAS** | ) | |
| **HAMILTON,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

On September 21, 2006, the Magistrate Judge filed three Reports and Recommendations (#153, #154, #155) in this case.  In Report and Recommendation #155, the Magistrate Judge recommended that the Motion to Dismiss (#120) filed by Defendants City of Bloomington and Thomas Hamilton be GRANTED.  More than ten (10) days have elapsed following service of this Report and Recommendation and no objections have been made.  See 28 U.S.C. § 636(b)(1).  The Recommendation of the Magistrate Judge is, therefore, accepted by the court.  See Video Views, Inc.  v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

In Report and Recommendation #153, the Magistrate Judge recommended that the Motion to Dismiss (#112) filed by Defendants BNAM, LLC and Larry Hundman be GRANTED in part and DENIED in part.  Defendants filed Objections to the Report and Recommendation (#158) on

September 29, 2006, and, on October 11, 2006, Plaintiffs filed their Answer to Objections of Defendants BNAM, LLC and Larry Hundman (#162). Following this court's careful de novo review of the Magistrate Judge's reasoning, Defendants' Objections, and Plaintiffs' Answer to Objections, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#153).

In Report and Recommendation #154, the Magistrate Judge recommended that the Motion to Dismiss (#114) filed by Defendants John Butler, Butler Company, LLC, JB Butler Company, LLC, Michael Nelson, MNelson Company, LLC, and Central Illinois Arena Management, Inc. be GRANTED in part and DENIED in part. On September 27, 2006, Defendants filed their Objections to the Report and Recommendation (#157), and, on October 11, 2006, Plaintiffs filed their Answer to Objections of Butler/Nelson Defendants (#161). Following this court's careful de novo review of the Magistrate Judge's reasoning, Defendants' Objections, and Plaintiffs' Answer to Objections, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (# 154).

IT IS THEREFORE ORDERED THAT:

(1) The Magistrate Judge's Report and Recommendation (#155) is accepted. The Motion to Dismiss (#120) filed by Defendants City of Bloomington and Thomas Hamilton is GRANTED. Counts II, III, IX, and XII of the Second Amended Complaint are hereby dismissed with prejudice as to Defendant City of Bloomington.[1] Counts VIII, IX, X, XI, and XII of the Second Amended Complaint are hereby dismissed with prejudice as to Defendant Thomas Hamilton. Based upon this ruling and this court's previous Opinion (#149) which granted summary judgment in favor of the

---

[1] This court notes that Defendant City of Bloomington also asked for dismissal of Count X. However, following the filing of the Motion to Dismiss, this court granted summary judgment in favor of the City of Bloomington on Count X.

City of Bloomington on Counts I, IV, VIII, X, and XI of Plaintiffs' Second Amended Complaint, there are no claims which remain pending against Defendants City of Bloomington and Thomas Hamilton. Accordingly, the City of Bloomington and Thomas Hamilton are terminated as parties to this case.

(2) The Magistrate Judge's Report and Recommendation (#153) is accepted. The Motion to Dismiss Counts VIII, IX, X, XI, and XII (#112) filed by Defendants BNAM, LLC and Larry Hundman is GRANTED in part and DENIED in part. The Motion is GRANTED as to Count X of Plaintiffs' Second Amended Complaint, which is dismissed with prejudice as to Defendants BNAM, LLC and Larry Hundman. The Motion is DENIED as to Counts VIII, IX, XI, and XII of the Second Amended Complaint. Defendants are allowed twenty-one (21) days from the date of this Order to file their Answer to Counts VIII, IX, XI, and XII of the Second Amended Complaint.

(3) The Magistrate Judge's Report and Recommendation (#154) is accepted. The Motion to Dismiss (#114) filed by Defendants John Butler, Butler Company, LLC, JB Butler Company, LLC, Michael Nelson, MNelson Company, LLC, and Central Illinois Arena Management, Inc. is GRANTED in part and DENIED in part. The Motion is GRANTED as to Count I of Plaintiffs' Second Amended Complaint, which is dismissed with prejudice as to Defendant Central Illinois Arena Management, Inc. The Motion is denied as MOOT as to Counts II, III, IV, and X of the Second Amended Complaint.[2] The Motion is DENIED as to Counts V, VI, VII, and XI of the Second Amended Complaint. Defendants are allowed twenty-one (21) days from the date of this

---

[2] This court, in its Opinion (#149), granted summary judgment in favor of these Defendants on Count X of the Second Amended Complaint. In addition, Counts II, III, and IV are directed only at the City of Bloomington and not these Defendants.

Order to file their Answer to Counts V, VI, VII, and XI of Plaintiffs' Second Amended Complaint.

(4) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 12th day of October, 2006

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE